## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT (NEW HAVEN)

---

KURT J. ZEMBA,
        Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.
and TRANSUNION LLC,
        Defendants.

CASE NO. 3:15-cv-01481-JAM

February 25, 2016

---

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Kurt J. Zemba, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause of action against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 2/25/16

Jeffrey S. Gentes (ct28561)
Connecticut Fair Housing Center
221 Main Street, 4th Floor
Hartford, CT  06106
Telephone:  (860) 263-0741
Fax:  (860) 247-4236
E-Mail:  jgentes@ctfairhousing.org

*Counsel for Kurt Zemba*

Date: 02/25/16

Andrew M. Lehmann, Esq. (phv05591)
 (admitted *Pro Hac Vice*)
Katherine E. Carlton Robinson, Esq.
 (phv07833)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:   alehmann@schuckitlaw.com
          krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


Timothy J. Lee, Esq.  (CT 15118)
Fasano, Ippolito & Lee, LLC
388 Orange Street
New Haven, CT  06511
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed and served electronically on the ___25th___ day of **February, 2016**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

_____/s/_____

Jeffrey S. Gentes, Esq. (ct28561)
